AUSA: Varun A. Gumaste

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **24 MAG 3145** |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP PETERS JR.,<br><br>                    Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 844 and 2<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

BART PIPCINSKI, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
### (Arson)

1. On or about August 20, 2024, in the Southern District of New York and elsewhere, PHILLIP PETERS JR., the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building, vehicle, and other real and personal property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit, PETERS JR. used gasoline to ignite a fire at a rental apartment building located in the Bronx, New York.

(Title 18, United States Code, Sections 844(i) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Detective with the NYPD assigned to the Arson and Explosion Squad. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement officials, and on my examination of various reports and records, including surveillance footage. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### The August 20, 2024 Arson

3. Based on my conversations with other law enforcement officers and witnesses, my review of documents and reports of the Fire Department of the City of New York ("FDNY") and the NYPD, and my review of surveillance footage, I have learned, in substance and in part, the following:

a. On or about August 20, 2024, at approximately 1:36 a.m., an individual ("Suspect-1") left a building located at an address on St. Lawrence Avenue in the Bronx, New York ("Building-1"). Suspect-1 walked to an area behind Building-1, where Suspect-1 retrieved a gas can, as depicted in the still image below:



b. Suspect-1 then walked to a building located at a different address on St. Lawrence Avenue in the Bronx, New York ("Building-2"). Surveillance footage shows Suspect-1 wearing a dark colored long sleeve shirt, dark colored pants, and a light colored hat, and carrying a red gas can (the "Gas Can"). At approximately 1:41 a.m., Suspect-1 poured what appears to be gasoline from the Gas Can on the walkway and grass immediately in front of Building-2, as depicted in the still image below.



c. Building-2 is a three-story apartment building with three units. All units are rented out as residential apartments.

2

    d. At approximately 1:43 a.m., Suspect-1 walked westbound on East 174th Street, still holding the Gas Can, as seen in the still image on the left below. Suspect-1 stopped between Commonwealth Avenue and Rosedale Avenue on the south side of the street. Suspect-1 sat down and started rolling a piece of paper, as seen in the still image on the right below.

 

    e. At approximately 1:44 a.m., Suspect-1 poured what appears to be gasoline from the Gas Can on a parked car ("Car-1") next to the sidewalk. Suspect-1 then appears to light the piece of paper on fire and drop it on Car-1, which was immediately engulfed in flames. Suspect-1 picked up the Gas Can and walked eastbound on East 174th Street, as depicted in the still image on the left below. The fire soon spread to several cars, as depicted in the still image on the right below.

 

3

     f. Suspect-1 walked back to Building-2 and at approximately 1:49 a.m., lit the grass and walkway immediately outside of the front door to Building-2 on fire, as seen in the still images below.  Suspect-1 left the front yard of Building-2 and walked eastbound on East 174th Street, eventually returning to Building-1 without the Gas Can at approximately 2:02 a.m.

 

     g. Around this time, occupants of Building-2 smelled smoke and were alerted by an activated smoke alarm.  All individuals evacuated Building-2 through the front door, which was the only point of egress for Building-2, other than the windows.  In total, at the time, there were approximately seven adults and nine children in Building-2.  A mother and infant were transported to a local hospital and treated for smoke inhalation, and at least one other individual burned their hand exiting Building-2.

     h. NYPD and FDNY were subsequently dispatched to the scenes of both fires.  FDNY extinguished six car fires and the fire in front of Building-2.

Identification of Suspect-1

   4. Based on my conversations with other law enforcement officers and my review of documents and reports of the NYPD, I have learned, in substance and in part, the following:

     a. On or about August 21, 2024, two family members of PHILLIP PETERS JR., the defendant, ("Family Member-1" and "Family Member-2") reported to law enforcement that they had seen surveillance footage from the August 20, 2024 Arson on the news and identified the individual depicted in that surveillance footage, Suspect-1, as PETERS JR.

     b. On or about August 21, 2024, law enforcement interviewed Family Member-1 and showed Family Member-1 surveillance footage of Suspect-1 on East 174th Street between Commonwealth Avenue and Rosedale Avenue, on or about August 20, 2024.  Family Member-1 confirmed that Suspect-1 was PETERS JR. and identified Building-1 as PETERS JR.'s residence.

c.      Based on my review of law enforcement databases, I have learned that PETERS JR.'s last known address is that of Building-1.  Additionally, on or about August 27, 2024, I determined that there was unopened mail sent to Building-1 and addressed to PETERS JR.

5.      I have compared images of PHILLIP PETERS JR., the defendant, on law enforcement databases with surveillance footage of Suspect-1 from the August 20, 2024 Arson, including surveillance footage outside Building-1, Building-2, and on East 174th Street between Commonwealth Avenue and Rosedale Avenue.  I believe that PETERS JR. and Suspect-1 are the same person, including because PETERS JR. has the same physical appearance and facial features as Suspect-1.[1]  An image of PETERS JR. from law enforcement databases (left) and a still image of Suspect-1 from surveillance footage outside Building-1 (top right) and on East 174th Street between Commonwealth Avenue and Rosedale Avenue (bottom right) are depicted below:




6.      Based on my conversations with tenants of Building-2, I know that Building-2 is used in interstate commerce and in an activity affecting interstate commerce.  Specifically, at the time of the August 20, 2024 Arson, all units in Building-2 were being rented for residential use.

---

[1] On or about August 27 and 29, 2024, I interviewed three other adult males known to reside at Building-1.  After comparing their physical appearance and facial features with surveillance footage of Suspect-1, I do not believe that any of them are Suspect-1.

5

WHEREFORE, I respectfully request that a warrant be issued for the arrest of PHILLIP PETERS JR., the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Bart Pipcinski, by SDA with permission
_____
BART PIPCINSKI
Detective
New York City Police Department

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 29th day of August, 2024.

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

6