**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/4/2026___

```
UNITED STATES OF AMERICA,

              - against -

PHILLIP PETERS JR.,

                    Defendant.
```

**26 CR 40 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules sentencing in the above-captioned matter on June 12, 2026, at 1:00 PM.

**SO ORDERED.**

Dated:    4 February 2026
          New York, New York

Victor Marrero
U.S.D.J.