USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    6/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PHILLIP PETERS JR.,

                    Defendant.

**ORDER**

26 Cr. 40 (VM)

WHEREAS, with the consent of defendant Phillip Peters Jr., the defendant's guilty plea allocution was taken before United States Magistrate Judge Robyn F. Tarnofsky on February 2, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated:    New York, New York
          June 3, 2026

                                        _____
                                        Victor Marrero
                                        U.S.D.J.