USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

      - against -

PHILLIP PETERS JR.,

      Defendant.

**26 CR 40 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a resentencing in the above-captioned matter on June 23, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    12 June 2026
        New York, New York

                            Victor Marrero
                            U.S.D.J.