USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/23/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      - against -

PHILLIP PETERS JR.,

      Defendant.

**26 CR 40 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby orders that the defendant's passport shall be returned to him following sentencing on June 23, 2026.

**SO ORDERED.**

Dated:    23 June 2026
       New York, New York

Victor Marrero
U.S.D.J.